

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                   CHAPTER 13 CASE NO.:

TAMATHA COX                                         23-11057-JDW

### AGREED ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY

THIS MATTER came before the Court on the Debtor's Motion to Extend the Automatic Stay (Dkt. #7) (the "Motion") filed by the Debtor and the Response to Motion to Extend Authomatic Stay (Dkt. #17) filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee").  Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby granted.  The automatic stay of 11 U.S.C. § 362(a) shall be and is hereby extended to all creditors.

2. Should the Debtor become sixty (60) days or more delinquent in Chapter 13 plan payments, calculated from May 1, 2023, this case may be dismissed by subsequent order without further notice or hearing.

3. Should Debtor remain current in scheduled plan payments for a consecutive 12-month period commencing May 1, 2023 the strict compliance provision in ¶2 shall be unenforceable thereafter.

1

4. Should the present bankruptcy case be dismissed for any reason during the 12-month period of May 1, 2023 through April 30, 2024, the Debtor shall be prohibited from filing a bankruptcy case in this or any other bankruptcy court for a period of 180 days pursuant to 11 U.S.C. § 109(g). This provision shall be inapplicable from and after May 1, 2024.

## ##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645